PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Roberto Perez Ramirez     Cr.: 23-00024-001
PACTS #: 7393223

Name of Sentencing Judicial Officer:     THE HONORABLE ESTHER SALAS
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/07/2021

Original Offense:     Count One: Fraud and False Statements, 26 USC 7206(2)

Original Sentence: 4 months imprisonment, 12 months supervised release

Special Conditions: Special Assessment, Restitution - Money, No New Debt/Credit, Financial Disclosure

Type of Supervision: Supervised Release     Date Supervision Commenced: 05/17/2022

## STATUS UPDATE

On October 7th, 2021, Mr. Ramirez was sentenced to 4 months imprisonment, 12 months supervised release and ordered to pay Restitution in the amount of $ 2,974,547.00. Since his supervision commenced Mr. Ramirez has been paying the court ordered monthly minimum payments of $25 every month and has satisfied his special assignment of $1,000. Mr. Ramirez's term of probation is due to expire on May 16th, 2023, with an outstanding balance of $2,974,272. The Financial Litigation Unit of the United States Attorney's Office was notified of the expiration of supervision and will continue collection efforts beyond the expiration of supervised release.

U.S. Probation Officer Action:
The probation office recommends that no formal Court action be taken, and that the supervision term be allowed to expire as scheduled. The restitution order remains imposed as a final judgement, pursuant to Title 18, U.S.C., Sections 3554 & 3613.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:    RYAN E. SHUTTS
        SUPERVISION LIC

/ res

Prob 12A – page 2<br>Roberto Perez Ramirez

APPROVED:

_____   4/24/2023
STEVE ALFREY                        Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[x] No Formal Court Action to be Taken at This Time and Allow Supervision to Expire as Scheduled on May 16th, 2023 (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Hon. Esther Salas, U.S.D.J.
Signature of Judicial Officer

4/25/2023
Date